WRIGHT & L'ESTRANGE
A Partnership Including Professional Corporations
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wllawsd.com
Andrew E. Schouten (SBN 263684)
aschouten@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA 92101
(619) 231-4844; Fax: (619) 231-6710

Attorneys for Plaintiffs Noah Homes Inc.,
Molly Nocon and Reynaldo Nocon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH HOMES, INC., et al.<br><br>           Plaintiffs,<br><br>     v.<br><br>TOTAL WEALTH MANAGEMENT, INC., et al.<br><br>           Defendants. | Case No. 11 CV 2812 JLS NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses the above-captioned action without prejudice.

Dated: April 9, 2012                                      WRIGHT & L'ESTRANGE
                                                          A Partnership Including Professional
                                                          Corporations

                                                  By:     */s/ John H. L'Estrange, Jr.*
                                                          John H. L'Estrange, Jr.
                                                          Attorneys for Plaintiffs
                                                          NOAH HOMES INC., MOLLY NOCON and
                                                          REYNALDO NOCON