WRIGHT & L'ESTRANGE
A Partnership Including Professional Corporations
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wllawsd.com
Andrew E. Schouten (SBN 263684)
aschouten@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA 92101
(619) 231-4844; Fax: (619) 231-6710

Attorneys for Plaintiffs Noah Homes Inc.,
Molly Nocon and Reynaldo Nocon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH HOMES, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT, INC., et al.<br><br>Defendants. | Case No. 11 CV 2812 JLS NLS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 9, 2012, I caused the following document:

Notice of Voluntary Dismissal (ECF #11)

and the related notice of electronic filing to be served on the following non-ECF participants by electronic mail:

Paul E. Manasian, Esq.
Gregory A. Rougeau, Esq.
MANASIAN & ROUGEAU LLP
400 Montgomery Street, Suite 1000
San Francisco, CA  94104
manasian@mrlawsf.com;
rougeau@mrlawsf.com
Attorney for Defendants Aegis Retail Group LLC and Aegis Holding Company, LLC

1 | Alan W. Sparer, Esq.
2 | James S. Nabwangu, Esq.
SPARER LAW GROUP
3 | 100 Pine Street, 33rd Floor
San Francisco, CA 94111-5128
4 | asparer@sparerlaw.com
jnabwangu@sparerlaw.com
5 | Attorney for Defendants Total Wealth
Management, Inc., Altus Capital Management,
6 | LLC, Altus Capital Opportunity Fund, LP and
Jacob K. Cooper
7 |
Tony M. Hartman
8 | Private Placement Capital Notes II, LLC
8547 East Arapahoe Road J-192
9 | Greenwood Village, Colorado 80112
10 | thartman@denverfinancialgroup.com

11 | Dated: April 9, 2012                         WRIGHT & L'ESTRANGE
12 |                                              A Partnership Including Professional
                                                 Corporations
13 |
14 |                                   By:        */s/ John H. L'Estrange, Jr.*
                                                 John H. L'Estrange, Jr.
15 |                                              Attorneys for Plaintiffs
                                                 NOAH HOMES INC., MOLLY NOCON and
16 |                                              REYNALDO NOCON

-2-                                                                    11 CV 2812 JLS NLS

CERTIFICATE OF SERVICE